

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-13-00888-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO LLC**
d/b/a Casa Rio Healthcare and Rehabilitation,
Appellant

v.

Jose **FLORES**, as next friend of Julie Flores,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04577
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On March 19, 2014, this court granted appellant's motion to abate this appeal because one of the issues presented in the appeal was the same issue pending in petitions for review filed in *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed), *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed), and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed). Our order stated that, for administrative purposes, this appeal would be treated as a closed case, unless and until appellant files a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issue. Finally, our order denied as moot appellant's motion for extension of time to file a reply brief.

On March 6, 2015, the Texas Supreme Court decided the issues raised in *Acosta*, *Lira*, and *Perez*. On June 11, 2015, appellant filed a Motion to Lift Abatement and Reinstate Appeal. The motion is GRANTED.

Appellant's reply brief is due June 30, 2015.

It is so **ORDERED** on June 16, 2015.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court